UNITED STATES of america,
Plaintiff–Appellee,

v.

Melissa STEED, Defendant–Appellant.

No. 05–13742
Non–Argument Calendar.
D.C. Docket No. 04–00110–CR–3–MCR.

United States Court of Appeals,
Eleventh Circuit.

Feb. 10, 2006.

E. Bryan Wilson, Tallahassee, FL, Stephen P. Preisser, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Charles William Lammers, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before BLACK, BARKETT and HULL, Circuit Judges.

**PER CURIAM:**

Chet Kaufman, appointed counsel for Melissa Steed, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Steed's convictions and sentences are AFFIRMED.